In the Matter of the Claim of MARY MORENO, Respondent, against HALSTEAD CANNING COMPANY, INCORPORATED, Appellant, and UTICA MUTUAL INSURANCE COMPANY. STATE INDUSTRIAL BOARD, Respondent.— Appeal by employer from an award of double compensation under the Workmen's Compensation Law made by the State Industrial Board for a violation of section 130 of the Labor Law. Claimant, a child of ten years, was permitted by appellant to help her mother at picking beans for the appellant's canning factory. She was injured while being transferred by auto truck from one field to another. Award unanimously affirmed, with costs to the State Industrial Board. (See *Matter of Westfelt* v. *Atlas Furniture Co.*, 256 N. Y. 578.) Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.

In the Matter of the Claim of MABELLE GILMORE, Respondent, against PRE-FERRED ACCIDENT INSURANCE COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Appeal from an award by the State Industrial Board of disability compensation and death benefits to the widow of the deceased employee. The employer, engaged in the casualty insurance business, did not carry workmen's compensation insurance. Deceased was employed as an investigator and adjuster. Sixteen others were employed in the same capacity, and about ten of them used automobiles in the regular course of their employment with the consent and knowledge of the employer. An allowance was made for the use of such machines. Decedent did not use an automobile, but met his death from an accident arising out of and in the course of his employment. The Board held that the business of the employer came within the provisions of group 18 of subdivision 1 of section 3 of the Workmen's Compensation Law. Award affirmed, with costs to the State Industrial Board. (*Matter of Fuller* v. *Title Guarantee & Trust Co.*, 223 App. Div. 173; leave to appeal denied, 230 id. 795; *Matter of Dispenza* v. *John Hancock L. Ins. Co.*, 238 id. 885.) Hill, P. J., Bliss, Heffernan and Foster, JJ., concur; Crapser, J., dissents and votes to reverse the award and to dismiss the claim as not coming within section 3, subdivision 1, group 18, of the Workmen's Compensation Law.